United States District Court
Southern District of Texas

**ENTERED**

July 30, 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DANTE TRICE, ET AL., | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:19–CV–00286 |
| | § | |
| PEARLAND INDEPENDENT | § | |
| SCHOOL DISTRICT, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

On August 30, 2019, this case was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). Dkt. 5. Judge Edison recently considered three motions to dismiss: (1) Defendant Tony Barcelona's Motion to Dismiss (Dkt. 49); (2) Defendant Helen Day's Motion to Dismiss (Dkt. 50); and (3) Defendant Jeanette Peterson's Motion to Dismiss (Dkt. 51) (collectively, the "Motions to Dismiss"). On July 10, 2020, Judge Edison filed a memorandum and recommendation (Dkt. 58) recommending that the Motions to Dismiss be granted.

On July 24, 2020, the plaintiffs filed their objections. Dkt. 59. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in

whole or in part, the findings or recommendations made by the magistrate judge."
*Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The court has carefully considered the objections raised by the plaintiffs; the memorandum and recommendation; the pleadings; and the record.  The court accepts Judge Edison's memorandum and recommendation (Dkt. 58) and adopts it as the opinion of the court.

Accordingly, the court grants the Motions to Dismiss (Dkts. 49–51).

Signed on Galveston Island this 30th day of July, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE